

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 11, 2026**

_____

**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | **CASE NUMBER: 21-41608-ELM** |
| PATRICIA A STOKES | § § § | |
| | § | **CHAPTER 13** |
| DEBTOR | § § | |
| | § | **JUDGE EDWARD L MORRIS** |

### ORDER APPROVING MODIFIED PLAN

AT FORT WORTH IS SAID DISTRICT:

Came on for consideration the "Modification of Plan After Confirmation" ("Modification") filed by Debtor on or about April 03 , 2026 [Docket # 123].  The Court finds that notice was and is appropriate under the circumstances .

As evidenced by the Trustee's signature below , the Trustee, Debtor, and any other party who has objected have all agreed to approval of the Modified Plan with the below changes which do not adversely affect any other party .

The Court is of the opinion that the Modification filed on or about  April 03 , 2026 should be APPROVED, subject to the following changes:

Current Plan Payment to Trustee Amounts and Terms - Schedule 1:

| Start Date | Periods | Amount | How Often |
|---|---|---|---|
| 08/04/2021 | 5.00 | $600.00 | MONTHLY |
| 01/04/2022 | 1.00 | $709.00 | MONTHLY |
| 02/04/2022 | 20.00 | $760.00 | MONTHLY |
| 10/04/2023 | 2.00 | $760.00 | MONTHLY |
| 12/04/2023 | 13.00 | $805.00 | MONTHLY |
| 01/04/2025 | 15.00 | $985.00 | MONTHLY |
| 04/04/2026 | 4.00 | $1,600.00 | MONTHLY |

New Plan Payment to Trustee Amounts and Terms:

| Start Date | Periods | Amount | How Often |
|---|---|---|---|
| 4/4/2026 | 1 | $1,600.00 | MONTHLY |
| 5/4/2026 | 3 | $2,605.00 | MONTHLY |

Debtor's new payment will be on or before: 4/4/2026

THE PLAN BASE SHALL BE CHANGED TO $47,226.00 IN 60 MONTHS.

All other proposed plan modification changes remain the same.

**IT IS THEREFORE ORDERED** that the Modification is APPROVED with the above changes.

**IT IS FURTHER ORDERED,** that no additional attorney fees are approved unless or until a Notice of Additional Fees, with no timely objection, has been filed.

*/s/ Tim Truman, Trustee*
Tim Truman, Trustee

# # # End of Order # # #